BIRD S. COLER, as Commissioner of Public Welfare of the City of New York, on Complaint of MARY CASABIANCA, Respondent, v. SAVERIO SALA,

Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar of the May term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.